IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
DEC 1 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr285-F |
| | ) | [18 USC 1344] |
| TANISHA LANEE STEVENSON | ) | |
| | ) | |
| | ) | INDICTMENT |

THE GRAND JURY CHARGES:

## COUNT 1

On or about the 1st day of April, 2003, in Montgomery County, within the Middle District of Alabama and elsewhere,

TANISHA LANEE STEVENSON,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud Regions Bank, Prattville, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Autauga Quality Cotton, check number 46400, and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for payment on the victim payee's account. On or about April 1, 2003, the Defendant, aided and abetted by others, caused William Teasley to fraudulently obtain $482.17 from Regions Bank in Prattville, Alabama. All done in violation of Title 18, United States Code, Section 1344.

## COUNT 2

On or about the 2nd day of April, 2003, in Montgomery County, within the Middle District of Alabama and elsewhere,

### TANISHA LANEE STEVENSON,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud Colonial Bank located in Prattville, Alabama and Birmingham, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Autauga Quality Cotton, check number 46401, and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for payment on the victim payee's account. On or about April 2, 2003, the Defendant, aided and abetted by others, caused William Teasley to fraudulently obtain $482.17 from Colonial Bank in Prattville, Alabama. All done in violation of Title 18, United States Code, Section 1344.

## COUNT 3

On or about the 3rd day of April, 2003, in Montgomery County, within the Middle District of Alabama and elsewhere,

### TANISHA LANEE STEVENSON,

defendant herein, knowingly and willfully, aided and abetted by others known and unknown to the Grand Jury, did execute a scheme to defraud Regions Bank, Prattville, Alabama, the deposits of

2

which were then insured by the Federal Deposit Insurance Corporation. The scheme to defraud consisted of the Defendant, aided and abetted by others, obtaining a legitimate check issued by Autauga Quality Cotton, check number 46402, and replicating the account number of the legitimate check on a blank check obtained from a business supply company by using computer check programs which allowed the Defendant, aided and abetted by others, to substitute the name of William Teasley as payee, and to alter the identification information and telephone number of the account holder. The Defendant, aided and abetted by others, then had William Teasley present the fraudulent check for payment on the victim payee's account. On or about April 3, 2003, the Defendant, aided and abetted by others, caused William Teasley to fraudulently obtain $482.17 from Regions Bank in Prattville, Alabama. All done in violation of Title 18, United States Code, Section 1344.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney

3