**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

---------------------------------------------------------------------------------------

√ **INITIAL APPEARANCE**                    **DATE: December 23, 2005**
❑ **BOND HEARING**
❑ **DETENTION HEARING**                **Digital Recording 1:35 - 1:43**
❑ **PRELIMINARY (EXAMINATION)(HEARING)**
❑ **REMOVAL HEARING (R.40)**
❑ **ARRAIGMENT**

---------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Charles S. Coody          **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05cr285-F          **DEFENDANT NAME:** Tanisha Lanee Stevenson

**AUSA:** Terry Moorer          **DEFT. ATTY:** Christine Freeman

                    Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:**Tamara Martin

**Interpreter needed: ( √ ) NO; ( )YES  Name:**

_____

| | |
|---|---|
| √ | Date of Arrest December 23, 2005 or ❑ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❑ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❑ | Panel Attorney Appointed; ❑ to be appointed - prepare voucher |
| ❑ | Deft. Advises he will retain counsel. Has retained _____ |
| ❑ | ❑ Government's ORAL Motion for Detention Hrg. ❑ to be followed by written motion; ❑ Government's WRITTEN Motion for Detention Hrg. filed |
| ❑ | Detention Hearing ❑ held; ❑set for |
| ❑ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❑ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00.  Deft released |
| | ❑ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❑ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❑ | Deft. ORDERED REMOVED to originating district |
| ❑ | Waiver of ❑ preliminary hearing; ❑ Waiver Rule 40 hearing |
| ❑ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❑ | ARRAIGNMENT ❑HELD. Plea of NOT GUILTY entered. ❑Set for DISCOVERY DISCLOSURE DATE: |
| ❑ | WAIVER of Speedy Trial.  CRIMINAL TERM: |
| ❑ | NOTICE to retained Criminal Defense Attorney handed to counsel |