| COURTROOM DEPUTY'S MINUTES | DATE: 12/28/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:25 - 10:30 |
| | COURT REPORTER: Risa Entrekin |

| x ARRAIGNMENT | ❒ CHANGE OF PLEA | ❒ CONSENT PLEA |
|---|---|---|
| ❒ RULE 44(c) HEARING | ❒ SENTENCING | |

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr285-F   **DEFENDANT NAME:** Tanisha Lanee Stevenson
**AUSA:** Karl David Cooke, Jr.   **DEFENDANT ATTORNEY:** Kevin Butler

**Type counsel** ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
**Interpreter present?** (√)NO; ( )YES   Name:
**DISCOVERY DISCLOSURE DATE:** 1/6/06

❒ This is defendant's **FIRST APPEARANCE.**
❒ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
❒ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   x Not Guilty        ❒ Nol Contendere
❒ Not Guilty by reason of insanity
❒ Guilty as to:
   ❒ Count(s):
   ❒ Count(s):        ❒ dismissed on oral motion of USA
                      ❒ to be dismissed at sentencing

❒ Written plea agreement filed   ❒ **ORDERED SEALED**
❒ _____ Days to file pretrial motions  ❒ _____ Trial date or term
❒ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**
❒ **ORDER:** Defendant continued under ❒ same bond; ❒ summons; for:
   ❒ Trial on _____; ❒ Sentencing on _____
❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ❒ Posting a $_____ bond;
   ❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:  ❒ Waiver of Conflict of Interest Form executed
         ❒ Defendant requests time to secure new counsel
x WAIVER of Speedy Trial.   CRIMINAL TERM: 6/5/06        Pretrial: 1/20/06