IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO.:2:05cr285-F |
| ) | |
| TANISHA LANEE STEVENSON ) | |

## WAIVER OF SPEEDY TRIAL ACT

I, TANISHA LANEE STEVENSON, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

12/28/05
DATE

12/28/05
DATE

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT