## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-285-F |
| | ) | |
| **TANISHA LANEE STEVENSON** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Joseph P. Van Heest, and enters his appearance on behalf of the Defendant, Tanisha Lanee Stevenson, in the above-styled case.

Dated this 6th day of January 2006.

                                  Respectfully submitted,

                                  <u>s/Joseph P. Van Heest</u>
                                  **JOSEPH P. VAN HEEST**
                                  LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                                  Post Office Box 4026
                                  402 South Decatur Street
                                  Montgomery, AL 36103-4026
                                  Phone: (334) 263-3551
                                  Fax: (334) 263-3227
                                  jpvanheestcourts@bellsouth.net
                                  AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026