**COURTROOM DEPUTY'S MINUTES**              **DATE:** 1/20/06

**MIDDLE DISTRICT OF ALABAMA**              **Digital Recording: 9:33 - 9:36**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER: 2:05cr285-MEF**              **DEFENDANT(S): Tanisha Lanee Stevenson**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent B. Brunson | * | Joseph Peter Van Heest |
| | | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**              Complete

❒ **PENDING MOTION STATUS:**          None

❒ **PLEA STATUS:**
**Likely Plea**
**Plea Agreement due by 2/22/06**
**Special Plea Setting for 2/24/06 @ 9:00 a.m.; Order to be issued after the filing of the Notice of Intent**

❒ **TRIAL STATUS**

**If trial, 2 days**

❒ **REMARKS:**