IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. : 2:05cr285-MEF |
| | ) | |
| TANISHA LANEE STEVENSON | ) | |

## PRETRIAL ORDER

A pretrial conference was held on 20 January 2006 before the undersigned Magistrate Judge. Present at this conference were Joseph Van Heest, Esq., counsel for the defendant, and Assistant United States Attorney Kent B. Brunson, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for 5 June 2006. The trial of this case is set for the trial term commencing on 5 June 2006 and is expected to last 2 days. This case is hereby set before Chief District Judge Mark E. Fuller on the term of court commencing on 5 June 2006.

2. There are no motions currently pending and the time set by the court for filing motions has passed.

3. Proposed voir dire questions shall be filed on or before 30 May 2006 Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 30 May 2006 Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 30 May 2006.

6.        A defendant who wishes to enter a plea pursuant to Rule 11 (c)(1)(A) or (C) shall do so no later than 30 May 2006.  The government and defendant are informed that if a defendant enters his plea after that date, and if the plea is not ultimately accepted by the court, the defendant and the government must be prepared to go to trial on 5 June 2006.

DONE this 24th day of January, 2006.

                /s/ Vanzetta Penn McPherson
                VANZETTA PENN MCPHERSON
                UNITED STATES MAGISTRATE JUDGE