**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )    Case No.: 2:05-cr-285-F |
| | ) |
| **TANISHA LANEE STEVENSON** | ) |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the defendant, Tanisha Lanee Stevenson, by and through undersigned counsel, Joseph P. Van Heest, and hereby notifies the Court of her intent to change her plea of not guilty to a plea of guilty. At the pretrial conference, the Court set this case for change of plea hearing to be held on Friday, February 24, 2006, at 9:00 a.m. This Notice is filed to alert the Court that the defendant is indeed prepared to go forward at that time.

Dated this 22nd day of February, 2006.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    Respectfully submitted,

    s/Joseph P. Van Heest
    **JOSEPH P. VAN HEEST**
    LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
    Post Office Box 4026
    402 South Decatur Street
    Montgomery, AL 36103-4026
    Phone: (334) 263-3551
    Fax: (334) 263-3227
    jpvanheestcourts@bellsouth.net
    AL Bar Code: VAN026