IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                        ) | 2:05cr285-MEF |
| ) | |
| TANISHA LANEE STEVENSON      ) | |

**ORDER**

The defendant, TANISHA LANEE STEVENSON, has indicated to the court that he wishes to enter a change of plea. Therefore, it is

ORDERED that the defendant, TANISHA LANEE STEVENSON, appear with counsel before the undersigned Magistrate Judge on 24 February 2006 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 23rd day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE