| COURTROOM DEPUTY MINUTES | DATE: 2/24/06 | DIGITAL RECORDING: 9:04 - 9:24 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: | Jimmy Dickens |

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Magistrate Judge McPherson*    **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:05cr285-MEF*    **DEFENDANT NAME:** *Tanisha Lanee Stevenson*
**AUSA:** *Kent B. Brunson*    **DEFENDANT ATTY:** *Joseph Van Heest*
**Type Counsel:**    ( ) Waived;  ( ) Retained;  (x) Panel CJA;  ( ) CDO
**USPO:** Dwayne Spurlock
Defendant _____ does ___x___ does NOT need and interpreter.
Interpreter present? __x__ NO _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

Guilty as to:

    X Count(s) __1__ of the Felony Indictment.

    X Count(s) __2, 3__ ❏ dismissed on oral motion of USA;

    X to be dismissed at sentencing

x — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

x — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

x — **ORDER:** Defendant Continued under √ - same bond ; ❏ Released on Bond & Conditions of Release

    ❏ summons; for:

❏ Trial on _____;  √❏ Sentencing on _____  ❏ _____ Bond  √❏ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

    ❏ Posting a $_____ Bond;

    ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.