# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING         AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | 8/16/06 | AT: | 10:47 a.m. |
| DATE COMPLETED: | 8/16/06 | AT: | 11:10 a.m. |

UNITED STATES OF AMERICA §
§
vs.                                           §   CR. NO. 2:05CR285-MEF
§
TANISHA LANEE STEVENSON §

_____
    GOVERNMENT      APPEARANCES:      DEFENDANT
Kent Brunson                                                          Joseph Van Heest
_____

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter              Jo Ann Sellers, USPO
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk
_____

COURTROOM PROCEEDINGS:

( X ) **Sentencing**

    10:47 a.m. -  Court convenes.
                        Defense counsel states the terms of the plea agreement to the Court.
                        Court adopts factual statements contained in the pre-sentence report.
                        Court sentences defendant and advises her of her right to file an appeal.
                        Government Motions the Court to Dismiss Counts 2 and 3 of the Indictment.
                        Court GRANTS Government's Motion to Dismiss Counts 2 and 3 of the Indictment.
                        Court will allow defendant to self surrender to the U.S. Marshal's before 2:00 p.m. on November 9, 2006.
    11:10 a.m. -  Court is in recess.