# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-285-F |
| ) | |
| TANISHA LANEE STEVENSON ) | |

### UNOPPOSED MOTION TO EXTEND TIME FOR VOLUNTARY SURRENDER TO BEGIN SERVICE OF SENTENCE

*[Stamp: MOTION GRANTED TO AND INCLUDING THE 24th DAY OF OCTOBER, 2006 / 8 December 2006 / MARK E. FULLER, UNITED STATES DISTRICT JUDGE]*

**COMES NOW** the defendant, Tanisha Lanee Stevenson, by and through undersigned counsel, Joseph P. Van Heest, and hereby moves this Honorable Court to extend the time for her voluntary surrender to begin her sentence. In support of this motion, Ms. Stevenson states as follows:

1. Ms. Stevenson was indicted and charged with three counts of bank fraud, in violation of 18 U.S.C. § 1344. This indictment was related to a number of other persons who had engaged in similar actions working with each other. Her husband, Undrea McCall, is one of the related defendants. He is presently in custody.

2. Ms. Stevenson entered a guilty plea to one count of bank fraud and agreed to pay restitution on all three checks in which she had endorsed the name of an individual who unlawfully attempted to cash those checks. That restitution amounted to $1,446.51. See Judgment, Doc. 29, (Aug. 23, 2006).

3. Ms. Stevenson's sentencing guideline range was 0-6 months exclusive of her cooperation which constituted substantial assistance and led to the indictments of at least two other persons.

4. Because the guideline range was the minimum available, the government did not file a motion for downward departure prior to the sentencing hearing.