### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:05-cr-285-MEF |
| ) | |
| TANISHA LANEE STEVENSON ) | |

### GOVERNMENT'S MOTION FOR SENTENCE REDUCTION
### AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE PURSUANT TO
### FED. R. CRIM. P. 35(b) AND 18 U.S.C. § 3553(e)

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty under Rule 11(c)(1)(B) to count one of a three-count indictment charging violations of Title 18, United States Code, Section 1344.

2. Defendant agreed to cooperate with the Government in the instant cause and in subsequent investigations as necessary. She was sentenced on August 16, 2006, and did not appeal her conviction or sentence.

3. At the time of sentencing, Defendant's offense level was 4 and her criminal history level was I. Therefore, her guideline range was 0-6 months. This was before and exclusive of the substantial assistance which this Defendant provided.

4. Because Title 18, United States Code Section 1344 is a Class B felony, the defendant is generally not eligible for probation.

5. The United States submits that the defendant has cooperated with the United States and has abided by the terms of her plea agreement. In addition to meeting with U.S. Postal Inspector Tynan on more than one occasion prior to her sentencing hearing, she again met with Inspector

Tynan on August 24, 2006, to provide substantial assistance after she was sentenced. The assistance provided by the Defendant should be considered substantial.

      6.      The Government is satisfied that Defendant is entitled to be considered for a reduction of sentence under Rule 35(b), Fed. R. Crim. P., and Title 18 United States Code, Section 3553(e) and moves this Court to reduce the applicable sentence of thirty days imprisonment to a term of probation. Because Title 18 United States Code Section 3553(e) permits the Court to reduce a sentence below a statutory minimum where the defendant cooperates with the government and provides substantial assistance, a reduction to a term of probation is permissible.

      7.      In addition to providing substantial assistance, this Defendant has now made full restitution in the amount of $1,446.51.

WHEREFORE, for the reasons set forth above, the Government requests that this Honorable Court grant its motion for sentence reduction and, pursuant to Rule 35(b), Fed. R. Crim. P., and 18 U.S.C. § 3553(e), enter an Order reducing the defendant's sentence to a term of probation.

Dated this 29th day of November, 2006.

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              /s/ Kent B. Brunson
                              KENT B. BRUNSON
                              Assistant United States Attorney
                              Bar Number: ASB-3094-U62K
                              One Court Square, Suite 201
                              Montgomery, Alabama 36104
                              Telephone: (334) 223-7280
                              Fax: (334) 223-7135
                              E-mail: kent.brunson@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:05-cr-285-MEF** |
| | ) | |
| **TANISHA LANEE STEVENSON** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph Van Heest.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Bar Number: ASB-3094-U62K
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov