IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 2:05-cr-285-MEF |
| ) | |
| TANISHA LANEE STEVENSON  ) | |

# **O R D E R**

Upon consideration of the Government's Motion for Sentence Reduction (Doc. # 33), filed November 29, 2006, it is hereby

ORDERED that the motion is GRANTED. The defendant's sentence of 30 days imprisonment is reduced to a term of one year of probation.

All other conditions contained in the Judgment (Doc. #29) dated August 23, 2006 shall remain in full force and effect.

DONE this 7th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE